UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DAVID C. LETTIERI,

                         Plaintiff,                    **ORDER**
                                                25-CV-6803 (RER) (MMH)

         v.

HECTOR GONZALEZ *et al.*,

                         Defendants.
-------------------------------------------------------------X

**RAMÓN REYES, JR., U.S.D.J:**

     *Pro se* plaintiff David C. Lettieri, currently detained at Federal Medical Center Devens in Ayer, Massachusetts, brings this action against United States District Judge Hector Gonzalez and others. (ECF No. 1). [1] Plaintiff's complaint relates to a case dismissed by Judge Gonzalez on October 25, 2023. *See Lettieri v. Quinn et al.*, No. 23-CV-7830 (HG) (MMH) (E.D.N.Y. Oct. 25, 2023). Plaintiff seeks money damages and to have all judgments vacated. (ECF No. 1 at 8–9). Plaintiff also seeks to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915. (ECF No. 2). Plaintiff's IFP application is denied and this action is dismissed because Plaintiff is barred from filing any new IFP action while a prisoner under the "three strikes" provision of 28 U.S.C. § 1915(g).

     Section 1915(g) bars prisoners from proceeding *in forma pauperis* after three or more previous claims have been dismissed as frivolous, malicious or for failure to state a claim:

> In no event shall a prisoner bring a civil action or appeal a judgment
> in a civil action or proceeding under this section if the prisoner has,
> on 3 or more prior occasions, while incarcerated or detained in any
> facility, brought an action or appeal in a court of the United States
> that was dismissed on the grounds that it is frivolous, malicious, or

---

[1] Plaintiff was convicted in the United States District Court for the Western District of New York for enticement of a minor in violation of 18 U.S.C. § 2422(b), *see United States v. Lettieri*, No. 21-cr-20, 2023 WL 6531514, at *1 (W.D.N.Y. Oct. 6, 2023).

fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Here, a review of the Public Access to Court Electronic Records (PACER), a national database of cases filed in the federal courts, reveals that Plaintiff has filed at least 200 civil cases in multiple courts across the country.[2] While incarcerated, Plaintiff has had three or more prior prisoner actions or appeals dismissed on the grounds that they were frivolous, malicious or failed to state a claim upon which relief may be granted.[3] Plaintiff does not allege that he is under imminent danger or serious physical harm as is required to overcome the restrictions imposed by section 1915(g).

### CONCLUSION

Accordingly, Plaintiff's application to proceed *in forma pauperis* is denied, and this action is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

If Plaintiff wishes to reassert his claims, he must file a new action and pay the $405.00 filing fee to the Clerk of Court.

The Clerk of Court is respectfully directed to close this case and to mail a copy of this Order to Plaintiff, noting the mailing on the docket.

---

[2] *See* https://pcl.uscourts.gov/pcl/pages/search/results/parties.jsf?sid=5e93c9daea5843ae8bdfc76d74014245 (last visited 2/27/26).

[3] *See Lettieri v. W. Dist. of N.Y.*, No. 23-cv-770 (W.D.N.Y. Sept. 11, 2023) (ECF No. 7) (granting plaintiff *in forma pauperis* status but dismissing complaint based on alleged failure by clerk's office employees to mail case filings pursuant to "28 U.S.C. §§ 1915(e)(2)(B) and 1915A on the basis of immunity"); *Lettieri v. U.S. Dep't of Justice*, No. 23-cv-866 (W.D.N.Y. Sept. 19, 2023) (ECF No. 3) (granting plaintiff *in forma pauperis* status but dismissing complaint against Assistant U.S. Attorney based on alleged violations of Federal Rules of Evidence at criminal trial "under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)"); *Lettieri v. Vilardo*, No. 23-cv-6498 (W.D.N.Y. Sept. 21, 2023) (ECF No. 3) (granting plaintiff *in forma pauperis* status but dismissing complaint because judge who presided over plaintiff's criminal trial was immune from civil suit based on his decisions related to the parties' proposed jury instructions). *See also Lettieri v. Gaska*, 3:24-cv-0102 (N.D.N.Y. Jan. 26, 2024), ECF No. 6 (listing cases).

2

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore denies *in forma pauperis* status for the purpose of any appeal.  *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

  /s/ Ramón E. Reyes, Jr.
Ramón E. Reyes, Jr.
United States District Judge

Dated:  April 17, 2026
　　　　Brooklyn, New York

3